IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE JERRY LYNN HARRISON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-07-352-R |
| | ) |
| ERIC FRANKLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

### ORDER

Petitioner, a state prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On June 4, 2007, Judge Roberts issued a Report and Recommendation, wherein she recommended that the Respondent's motion to dismiss be granted. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED in its ENTIRETY and the petition is DISMISSED as UNTIMELY.

**IT IS SO ORDERED** this 29th day of June 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE